**98–740. State v. Sowards.**

Franklin App. No. 97APA07–907. Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–390, *supra,* 98–739, *supra,* and 98–741, *infra.*

   PFEIFER, J., dissents.

**98–741. State v. Hanrahan.**

Franklin App. No. 97APA03–394. Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–390, 98–739 and 98–740, *supra.*

   PFEIFER, J., dissents.

**98–749. Kopich v. Kopich.**

Hamilton App. No. C–970175. *Sua sponte,* cause consolidated with 98–815, *supra.*

**98–772. Csulik v. Nationwide Mut. Ins. Co.**

Stark App. No. 1997CA00283.

   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–816. State v. Eldred.**

Hamilton App. No. C–970300. Discretionary appeal allowed on Propositions of Law Nos. I and II only and cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

   DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., would also allow all other propositions of law.
   F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–910. State v. Violette.**

Franklin App. No. 97APA09–1234. Discretionary appeal allowed on Propositions of Law Nos. I and II only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–948. State v. Ferguson.**

Franklin App. No. 97APA06–858. Discretionary appeal allowed on Propositions of Law Nos. I and II only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.